Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

# United States Bankruptcy Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| In re:<br>Joshua Lee Shook and Jessica Lynn Shook,<br>Debtors, | Case No. 26-32515-swe7<br><br>Chapter 7 |
| Robert Ruxton III, Margaret Ruxton, and<br>Garage Candy Autos, LLC,<br>Plaintiffs,<br>vs. | Adversary No. 26-03089-swe |
| Joshua Lee Shook and Jessica Lynn Shook,<br>Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby enters an appearance as counsel for Defendants, Joshua Lee Shook and Jessica Lynn Shook (collectively, "Defendants"), and respectfully requests that copies of all filings in this case be served via the Court's Electronic Case Filing (ECF) system using the contact information provided above.

Respectfully submitted,

Norred Law, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St.,
Arlington, Texas 76010
O 817-704-3984, F. 817-524-6686
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, the foregoing was filed in the above-captioned case via the Court's Electronic Case Filing (ECF) system, which will automatically serve a copy on all parties registered to receive electronic service in this case.

/s/Clayton L. Everett
Clayton L. Everett