# United States Bankruptcy Court

Northern District of Texas
Dallas Division

| | |
|---|---|
| In re:<br>Joshua Lee Shook and Jessica Lynn Shook,<br>Debtors, | Case No. 26-32515-swe7<br><br>Chapter 7 |
| Robert Ruxton III, Margaret Ruxton, and<br>Garage Candy Autos, LLC,<br>Plaintiffs,<br>vs. | Adversary No. 26-03089-swe |
| Joshua Lee Shook and Jessica Lynn Shook,<br>Defendants. | |

**ORDER ON DEFENDANTS' PARTIAL MOTION TO DISMISS, MOTION TO QUASH SERVICE, AND ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT**

Came on for consideration Defendants' motion (Motion). Having considered the motion, any response, and the record, the Court ORDERS:

1. Service of the summons and complaint is QUASHED, without opposition. Plaintiffs shall obtain an alias summons and, within 14 days of entry of this Order, serve the alias summons, complaint, and this Order on Defendants at 3530 S. Echo Trail, Plano, Texas

75023, and on Defendants' counsel of record, in compliance with Fed. R. Bankr. P. 7004(b)(9) and (g).

2. Count III is DISMISSED without prejudice as to Jessica Lynn Shook, including the § 523(a)(4) theory asserted in ¶ 67 and Prayer ¶ C.
3. Count II is DISMISSED without prejudice to the extent it asserts fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny.
4. Counts V, VI, and VII are DISMISSED without prejudice.
5. Defendants shall respond to any amended complaint as provided in Fed. R. Civ. P. 12(a)(4), as incorporated by Fed. R. Bankr. P. 7012.

IT IS SO ORDERED.

# # # END OF ORDER # # #

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Defendants