sumre (rev. 04/20)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Joshua Lee Shook and Jessica Lynn Shook
Debtor(s)
Margaret Ruxton et al.
Plaintiff(s)
vs.
Joshua Lee Shook and Jessica Lynn Shook
Defendant(s)

Case No.: 26–32515–swe7
Chapter No.: 7

Adversary No.: 26–03089–swe

# REISSUED SUMMONS IN AN ADVERSARY PROCEEDING

To the above–named defendant:

You are hereby summoned and required to serve upon Kevin J. McDonnell, Plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is

McDonnell Coates, LLP
215 W. 2nd St.
Waxahachie, TX 75165

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date and prescribed by the court: N/A

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

DATED: 10/13/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sara Ferrufino, Deputy Clerk

UNITED STATES BANKRUPTCY COURT SEAL

In Re: Ruxton et al v. Shook et al
Case No. 26−32515−swe7 −7
Adv. No. 26−03089−swe

## SUMMONS SERVICE EXECUTED

I, Brooke L. Smith

of** McDonnell Coates, LLP

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 14th day of October, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Jessica Lynn Shook

the defendant in this proceeding, by *{describe here the mode of service}*

Certified mail & First class mail.

the said defendant at

3530 S. Echo Trl., Plano, TX 75023

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/14/26 Brooke L. Smith
*(Date)* *(Signature)*

** 215 W. 2nd St., Waxahachie, TX 75165
*State mailing address*