Hammertime Family Of Companies

Sun, May 19 at 3:46 PM

What time are you thinking of meeting tomorrow to discuss path forward? Our day is open.

If it going to be a lengthy meeting about business and me helping out I'd like to schedule it and the earlier the better.

If it's only about shop and just that detail we can do it anytime because that should be very quick.

I have found multiple things over the weekend so far that would be great investments I could help flip very quickly to benefit both of us

We are very interested in hearing your weekend findings. We can meet you in the AM as long as its not 4 AM 😉

Haha I'd say about 10am would be ideal

Exhibit 1

00003

The bride loves 10 AM. Works

9:18

**Joshua**

This is the event in FL you talked about that you sponsor?

Yes just sending it as a reminder to discuss later with y'all about the amazing news I got last night

HMP is officially partnered with Ford for $500,000 per year !!! We are also now a licensed dealer of ford as well for merchandise & logos ! !!!!

WOW...! Wow, wow, wow....!! That's crazy great news – definitely anxious to hear more. You said you'll be at HMP today after 1:00?

Tue, Jun 4 at 4:57 PM

Tiffany is about to call you, when you get done with her call me

Tue, Jun 4 at 7:06 PM

Logo files emailed along with a zipped file containing the font used in the logo.

Tue, Jun 4 at 9:00 PM

8 Photos



Is there a reason why you guys decided to not continue to invest ? Just curious

It's strictly a business decision (not personal) based on the advice of our attorneys.

Ok no problem, I'll start working on transferring everything back around and have my attorney draw up a release plan for all of us to separate. This will not be a quick process and the deadline of July 19th is not reasonable. I will contact you guy Monday to get everything discussed and lined out. I am currently out of town and do not have ability to do anything until at least Monday.

Mon, Jul 15 at 2:59 PM

I am still on the road I have had a lot of engine trouble and have been in a hotel due to truck being in shop. Once I finish this trip I will give you a call and update you on the status of our situation. Also I will have the mini truck delivered to your shop by end of week.

Understood, sounds good, and

**Joshua**

Fri, Jul 19 at 9:40 AM

8 Photos



Josh – thank you for getting the mini trucks back to GCA. There is damage to the green truck.

Front bumper is cracked/damaged
Dent above bumper
Turn signal lens is cracked
Green paint is on several areas of front bumper
Floor mats are gone

Fri, Jul 19 at 3:01 PM

If you want to send me some photos I am happy to order parts or

8:53

3 People

Hammertime Family Of Companies Joshua Shook

Good morning grandparents give me a call whenever you have a few minutes. Had a pretty good phone. Call this morning happen

Fri, Jul 12 at 8:25 PM

Josh and Jessica - Bob and I have decided that we will not move forward with an interest in Hammertime Motorsports or Hammertime Motorsports Park. As you stated on Tuesday, July 9th that the money we invested is in a separate account, please move forward with getting that money returned to us by Friday, July 19th, a week from today.

We look forward to seeing the two mini trucks by Wednesday, July 24th. Let us know when someone will be at the Chambers Street location, and we'll be sure one of us is there to get the keys for the trucks.

Hammertime Family Of Companies Joshua Shook

I'll get it done as soon as I get back to town

Bob - Cell

Message

Do Not Disturb
On

iMessage
Tue, Jul 9 at 8:04 PM

Hammertime Family Of Companies Joshua Shoot

I just want to tell both of yall that no matter what happens with our deal we have been negotiating my prayer is that you guys can understand that I have nothing but your best interest in mind and even though we got heated today that I have grown to really admire both of you guys and that I hope we can resolve our differences & be able to make yall "stupid money" if possible. I know that my ways are not the safe or traditional methods in this world but I have proven with a 10 year track record my work ethic & drive to continuously succeed !

Either way we go I hope nothing but the best for yall both ! Keep me updated !

Thank you for your note - we both appreciate it. We will absolutely keep you updated and be in touch in the next few days.

Hammertime Family Of Companies Joshua Shoot

Yes ma'am y'all have a great evening. No rush we can figure out

iMessage

8:52

2 People

is that you guys can understand that I have nothing but your best interest in mind and even though we got heated today that I have grown to really admire both of you guys and that I hope we can resolve our differences & be able to make yall "stupid money" if possible. I know that my ways are not the safe or traditional methods in this world but I have proven with a 10 year track record my work ethic & drive to continuously succeed !

Either way we go I hope nothing but the best for yall both ! Keep me updated !

Thank you for your note - we both appreciate it. We will absolutely keep you updated and be in touch in the next few days.

Hammertime Family Of Companies Joshua Shook

Yes ma'am y'all have a great evening. No rush we can figure out whatever needs to happen. Moving forward either way.

You have a great evening too - thanks, Josh -