**Citizens National Bank Of Texas**
Your Bank Since 1868

DEPOSIT TICKET

**Citizens National Bank Of Texas**
Your Bank Since 1868

[redacted] 3884
ACCOUNT NUMBER

For Hammertime

Date 6-5-24

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| CURRENCY | COIN | CHECKS LIST EACH SEPARATELY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | SUBTOTAL | LESS CASH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | 160000.00 |

SIGN FOR LESS CASH

$ 160000.00

⑆111901629⑆ 36

**CASHIER'S CHECK**

**CHASE**

9489236649

Date 06/05/2024

Void after 7 years

**Remitter:** ROBERT T RUXTON/MARGARET E RUXTON

**Pay To The Order Of:** HAMMERTIME MOTORSPORTS

**Pay:** EIGHTY THOUSAND DOLLARS AND 00 CENTS

$** 80,000.00 **

Drawee: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9489236649⑈ ⑆044000037⑆ [redacted] 1375⑈

**Exhibit 2**

**SHOOK000020**

**CASHIER'S CHECK**

CHASE

9489236648

Date 06/05/2024

Void after 7 years

**Remitter:** ROBERT T RUXTON/MARGARET E RUXTON

**Pay To The Order Of:** HAMMERTIME MOTORSPORTS

**Pay:** EIGHTY THOUSAND
DOLLARS AND 00 CENTS

$** 80,000.00 **

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

**Drawer: JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9489236648⑈ ⑆044000037⑆ [redacted] 1375⑈

SHOOK000021

**Citizens National Bank**
**Of Texas**
Your Bank Since 1888

# Mobile Deposit

## $ 25,000.0(

**ABA = 111901629**
**Account = [redacted] 3884**
**TranCode = 36**

CHASE

CASHIER'S CHECK

9533428592

Date 05/31/2024

Remitter RODERT T RUXTON/MARGARET E RUXTON

Pay To The Order Of: HAMMERTIME MOTORSPORTS

Pay: TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$** 25,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Memo:

Note: For information only. Comment has no effect on bank's payment.

JPMorgan Chase Bank, N.A.

Columbus, OH

⑈9533428592⑈ ⑆044000037⑆ [redacted] 1375⑈

**Citizens National Bank Of Texas**
Your Bank Since 1868

# Mobile Deposit

## $ 25,000.0(

**ABA = 111901629**
**Account = [redacted]3884**
**TranCode = 36**

CASHIER'S CHECK

9489236598

CHASE

Date 05/31/2024

Remitter: ROBERT T RUXTON/MARGARET E RUXTON

Pay To The Order Of: HAMMERTIME MOTORSPORTS

Pay: TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$** 25,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Memo:
Note: For information only. Comment has no effect on bank's payment

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9489236598⑈ ⑆044000037⑆ [redacted]1375⑈

**Citizens National Bank**
**Of Texas**
Your Bank Since 1868

## ATM DDA Deposit

**$100,000.00**

ABA = 111901629
TranCode = 36

Account = [redacted]3884
UserField1: = CH

⑆111901629⑆ [redacted]3884⑈ 36 ⑇0010000000⑇

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**

**CASHIER'S CHECK**

9533428567 25-3/440

Date 05/28/2024 Void after 7 years

Remitter: ROBERT T RUXTON/MARGARET E RUXTON

Pay To The Order Of: HAMMERTIME MOTORSPORTS

Pay: ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$** 100,000.00 **

Drawee: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo:

Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9533428567⑈ ⑆044000037⑆ [redacted]1375⑈

SHOOK000024

**Citizens National Bank**
**Of Texas**
Your Bank Since 1888

## ATM DDA Deposit

**$100,000.00**

ABA = 111901629
TranCode = 36

Account = [redacted]3884
UserField1: = CH

⑆111901629⑆ [redacted]3884⑈ 36 ⑈0010000000⑈

CASHIER'S CHECK

CHASE

9442441227

Date 05/28/2024

Remitter: ROBERT T RUXTON/MARGARET E RUXTON

Pay To The Order Of: HAMMERTIME MOTORSPORTS

Pay: ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$** 100,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo:
Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9442441227⑈ ⑆044000037⑆ [redacted]1375⑈

**Citizens National Bank**
**Of Texas**
Your Bank Since 1888

# Mobile Deposit

**$ 50,000.0(**

**ABA = 111901629**
**Account = [redacted] 3884**
**TranCode = 36**

CASHIER'S CHECK

**CHASE**

9489236496

Date 05/22/2024

Remitter: GARAGE CANDY AUTOS LLC

Pay To The Order Of: HAMMERTIME MOTORSPORTS

Pay: FIFTY THOUSAND DOLLARS AND 00 CENTS

$** 50,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo:

Note: For information only. Comment has no affect on bank's payment.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9489236496⑈ ⑆044000037⑆ [redacted] 1375⑈