

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 802633767 4/15/2024
Document #: 1355034880002
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:

**HAMMERTIME MOTORSPORTS**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:

**LAZY S ENTERPRISES, LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is
: **04/15/2034**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address is:

**2406 ELLIS ST, VENUS, TX, USA 76084**

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:

**ALL COUNTIES**

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**LAZY S ENTERPRISES, LLC**
**Name of the entity**

By: **JESSICA SHOOK**

**Exhibit** 3

Signature of officer, general partner, manager,
representative or attorney-in-fact of the entity

FILING OFFICE COPY