Comptroller of Public Accounts FORM 05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Tcode** 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 3 2 0 6 2 6 6 6 6 4 2 | 2 0 2 2 |

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: LAZY S ENTERPRISES LLC

◯ Blacken circle if the mailing address has changed.

Mailing address: PO BOX 442

Secretary of State (SOS) file number or Comptroller file number: 0802633767

City: PALMER | State: TX | ZIP code plus 4: 75152

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: PO BOX 442, PALMER, TX, 75152

Principal place of business: PO BOX 442, PALMER, TX, 75152

1000000000015

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| JESSICA SHOOK | OFFICER | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| 852 EBENEZER RD | PALMER | TX | 75152 |
| **Name** | **Title** | **Director** | **Term expiration** |
| | | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| | | | |
| **Name** | **Title** | **Director** | **Term expiration** |
| | | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| | | | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:

Office: | City | State | ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| JESSICA SHOOK | OFFICER | 07/05/2022 | ( 469 ) 383 - 6989 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

Exhibit 4A

Comptroller of Public Accounts FORM 05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Tcode** 13196 Franchise

Taxpayer number: 3 2 0 6 2 6 6 6 6 4 2

Report year: 2 0 2 3

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: LAZY S ENTERPRISES LLC

○ Blacken circle if the mailing address has changed.

| Mailing address | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| PO BOX 442 | | | |
| City: PALMER | State: TX | ZIP code plus 4: 75152 | 0802633767 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: PO BOX 442, PALMER, TX, 75152

Principal place of business: PO BOX 442, PALMER, TX, 75152

1000000000015

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| JESSICA SHOOK | OFFICER | ○ YES | |
| Mailing address: 852 EBENEZER RD | City: PALMER | State: TX | ZIP Code: 75152 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| JESSICA SHOOK | OFFICER | 05/11/2023 | ( 469 ) 383 - 6989 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Exhibit 4B

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions

**This report MUST be signed and filed to satisfy franchise tax requirements**

**Tcode** 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 3 2 0 6 2 6 6 6 6 4 2 | 2 0 2 4 | ***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.* |

| | | | | |
|---|---|---|---|---|
| Taxpayer name: LAZY S ENTERPRISES, LLC | | | | |
| Mailing address: 852 EBENEZER RD | | | | Secretary of State (SOS) file number or Comptroller file number |
| City: PALMER | State: TX | ZIP Code: 75152 | Plus 4: | 0802633767 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

***Please sign below!***

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206266664224

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| JESSICA L SHOOK | OFFICER | ● YES | |
| Mailing address: PO BOX 442 | City: PALMER | State: TX | ZIP Code: 75152 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **JESSICA L ESTEP**

○ Blacken circle if you need forms to change the registered agent or registered office information

| Office | City | State | ZIP Code |
|---|---|---|---|
| 442 GREEN ACRES DRIVE | PALMER | TX | 75152 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Michelle Mach | Electronic | 03-14-2024 | ( 972 ) 875 - 3996 |

**Texas Comptroller Official Use Only**

VE/DE ○ PIR IND ○

Exhibit 4C

Filing Number: 802633767

05-102 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Tcode** 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 3 2 0 6 2 6 6 6 6 4 2 | 2 0 1 8 | *You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |

| | | | |
|---|---|---|---|
| Taxpayer name: LAZY S ENTERPRISES LLC | | | ◯ Blacken circle if the mailing address has changed. |
| Mailing address: PO BOX 442 | | | Secretary of State (SOS) file number or Comptroller file number |
| City: PALMER | State: TX | ZIP code plus 4: 75152 | 0802633767 |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| | |
|---|---|
| Principal office | PO BOX 442, PALMER, TX, 75152 |
| Principal place of business | PO BOX 442, PALMER, TX, 75152 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1000000000015

**Please sign below!** **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| JESSICA L ESTEP | MBR/MGR | ● YES | 1 2 3 1 1 8 |
| Mailing address: PO BOX 442 | City: PALMER | State: TX | ZIP Code: 75152 |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ◯ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent: JESSICA L ESTEP

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office | City | State | ZIP Code |
|---|---|---|---|
| 442 GREEN ACRES DR | PALMER | TX | 75152 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| JESSICA L ESTEP | MBR/MGR | 03/28/2018 | ( 972 ) 845 - 7013 |

**Texas Comptroller Official Use Only**

| VE/DE | ◯ | PIR IND | ◯ |
|---|---|---|---|

Exhibit 4D