ORIGINAL

FILED FOR RECORD
2026 MAY -4 A 11: 52
MELANIE REED
DISTRICT CLERK
ELLIS COUNTY, TX

NO. 116100

| | | |
|---|---|---|
| ROBERT RUXTON, III, MARGARET RUXTON, AND GARAGE CANDY AUTOS, LLC, *Plaintiffs*, | § | IN THE DISTRICT COURT |
| v. | § | 40TH JUDICIAL DISTRICT |
| HAMMERTIME ENTERPRISE MOTORSPORTS, LLC, LAZY S ENTERPRISES, LLC, AND JOSHUA SHOOK, *Defendants*. | § | ELLIS COUNTY, TEXAS |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On this day, the Court considered Plaintiffs' Motion for Summary Judgment filed by Robert Ruxton III, Margaret Ruxton, and Garage Candy Autos, LLC ("Plaintiffs"). After considering the motion, record, summary judgment evidence, and any arguments of counsel, the Court is of the opinion that the motion should be **GRANTED,** and **HEREBY FINDS** as follows:

**THE COURT FINDS** no genuine issues of material fact exist as to Plaintiffs' claims for breach of contract, common law fraud, fraudulent inducement, breach of fiduciary duty, and under the Texas Theft Liability Act, and that Plaintiffs are entitled to judgment as a matter of law.

**THE COURT FURTHER FINDS** that Hammertime Enterprise Motorsports, LLC, Lazy S Enterprises, LLC, and Joshua Shook ("Defendants") are jointly and severally liable to Plaintiffs for breaches of the oral contract made the basis of Plaintiffs' claim.

**THE COURT FURTHER FINDS** that Defendants are jointly and severally liable to Plaintiffs for fraud and fraudulent inducement.

**THE COURT FURTHER FINDS** that there is clear and convincing evidence showing that Plaintiffs suffered harm resulting from Defendants' fraud.

**THE COURT FURTHER FINDS** that Defendants are jointly and severally liable to Plaintiffs for breaching fiduciary duties owed to Plaintiffs.

**Exhibit** 12

**THE COURT FURTHER FINDS** that Defendants are jointly and severally liable to Plaintiffs under Texas Theft Liability Act.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Summary Judgment is **HEREBY GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs have judgment against Defendants, jointly and severally, in the amount of $460,000.00 for actual damages caused by Defendants' breach of contract, fraud, breach of fiduciary duty, and theft under the Texas Theft Liability Act.

**IT IS FURTHER ORDERED** that Plaintiffs have judgment against Defendants, jointly and severally, in the amount of $2,747.23 for actual damages for repairs to Plaintiffs' Suzuki Mini Truck damaged by Defendants.

~~IT IS FURTHER ORDERED that Plaintiffs have judgment against Defendants, jointly [illegible]~~

**IT IS FURTHER ORDERED** that Defendants pay reasonable and necessary attorney's fees and costs in the amount of $ 54,361.40, incurred by Plaintiffs in prosecuting this lawsuit.

This judgment finally disposes of all of Plaintiffs' claims against Defendants and is appealable.

SIGNED ON MAY 04 2026.

Bob Carroll

JUDGE PRESIDING