Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Joshua Lee Shook<br>First Name Middle Name Last Name | Social Security number or ITIN: [redacted]716<br>EIN: ___-_______ | |
| Debtor 2: (Spouse, if filing) | Jessica Lynn Shook<br>First Name Middle Name Last Name | Social Security number or ITIN: [redacted]239<br>EIN: ___-_______ | |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: 7 | 6/4/26 |
| Case number: | 26-32515-swe7 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua Lee Shook | Jessica Lynn Shook |
| 2. | **All other names used in the last 8 years** | | fka Jessica Estep |
| 3. | **Address** | 2108 W Sherman Rd<br>Aubrey, TX 76227 | 2108 W Sherman Rd<br>Aubrey, TX 76227 |
| 4. | **Debtor's attorney**<br>Name and address | Vicki Kathleen McCarthy<br>The Law Office of Vicki McCarthy<br>114 S 5th Street<br>Midlothian, TX 76065 | Contact phone 972-296-9971<br>Email: vmccart106@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001-2105 | Contact phone 972-438-8800 |

For more information, see page 2 >



Exhibit 13

Debtor **Joshua Lee Shook** and **Jessica Lynn Shook** Case number **26-32515-swe7**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214–753–2000<br><br>Date: 6/4/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 14, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1-469-218-8997**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/14/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |



004385 65604004389023

Debtor **Joshua Lee Shook** and **Jessica Lynn Shook** Case number **26-32515-swe7**

| | | | |
|---|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | | Hours open:<br>Mon.-Fri 8:30-4:30<br>Contact phone 214-753-2000<br>Date: 6/4/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 14, 2026 at 11:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1-469-218-8997**<br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | | **Filing deadline:** 9/14/26 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | | |



004384 65604004388024

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Joshua Lee Shook<br>First Name Middle Name Last Name | Social Security number or ITIN: | [redacted]4716 |
| | | EIN: | __–_______ |
| Debtor 2:<br>(Spouse, if filing) | Jessica Lynn Shook<br>First Name Middle Name Last Name | Social Security number or ITIN: | [redacted]8239 |
| | | EIN: | __–_______ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7 6/4/26 |
| Case number: | 26–32515–swe7 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua Lee Shook | Jessica Lynn Shook |
| 2. | **All other names used in the last 8 years** | | fka Jessica Estep |
| 3. | **Address** | 2108 W Sherman Rd<br>Aubrey, TX 76227 | 2108 W Sherman Rd<br>Aubrey, TX 76227 |
| 4. | **Debtor's attorney**<br>Name and address | Vicki Kathleen McCarthy<br>The Law Office of Vicki McCarthy<br>114 S 5th Street<br>Midlothian, TX 76065 | Contact phone 972–296–9971<br>Email: vmccar1108@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001–2105 | Contact phone 972–438–8800 |

For more information, see page 2 >

SAT-65604 0539-3 309C 26-32514
Vicki Kathleen McCarthy
The Law Office of Vicki McCarthy
114 S 5th Street
Midlothian, TX 76065

004385 4385 1 AB 0.636 75165 3 7 10755-1-4385
Robert & Margaret Ruxton, et al
c/o Janet Marusak
215 W 2nd St
Waxahachie, TX 75165-2580

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
https://bankruptcynotices.uscourts.gov

004385 65604004389032

Information to identify the case:

Debtor Lazy S Enterprises, LLC EIN: [redacted]2736
Name

United States Bankruptcy Court Northern District of Texas Date case filed for chapter: 7 6/4/26

Case number: 26–32514–mvl7

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Lazy S Enterprises, LLC | |
| **2. All other names used in the last 8 years** | dba Hammertime Contractors, dba Shook Cattle Co., dba J and J Container Services, dba Hammertime Storm Shelters, dba Hammertime Enterprise Roofing, LLC, dba Hammertime Storage Solutions, dba Hammertime Motor Sports | |
| **3. Address** | 2108 W Sherman Rd<br>Aubrey, TX 76227 | |
| **4. Debtor's attorney**<br>Name and address | Vicki Kathleen McCarthy<br>The Law Office of Vicki McCarthy<br>114 S 5th Street<br>Midlothian, TX 76065 | Contact phone 972–296–9971<br><br>Email: vmccar1106@aol.com |
| **5. Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001–2105 | Contact phone 972–438–8800 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214–753–2000<br><br>Date: 6/4/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 14, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1–469–218–8997**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

104384 65604004388015

Information to identify the case:

Debtor: Lazy S Enterprises, LLC — EIN: [redacted]2738

Name

United States Bankruptcy Court: Northern District of Texas — Date case filed for chapter: 7 6/4/26

Case number: 26-32514-mvl7

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

***This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.***

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| **1. Debtor's full name** | Lazy S Enterprises, LLC | |
| **2. All other names used in the last 8 years** | dba Hammertime Contractors, dba Shook Cattle Co., dba J and J Container Services, dba Hammertime Storm Shelters, dba Hammertime Enterprise Roofing, LLC, dba Hammertime Storage Solutions, dba Hammertime Motor Sports | |
| **3. Address** | 2108 W Sherman Rd<br>Aubrey, TX 76227 | |
| **4. Debtor's attorney**<br>Name and address | Vicki Kathleen McCarthy<br>The Law Office of Vicki McCarthy<br>114 S 5th Street<br>Midlothian, TX 76065 | Contact phone 972–295–9971<br><br>Email: vmccart105@aol.com |
| **5. Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001–2105 | Contact phone 972–438–8800 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214–753–2000<br><br>Date: 6/4/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 14, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1–469–218–8997**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

SAT-65604 0539-3 309C 26-32514
Vicki Kathleen McCarthy
The Law Office of Vicki McCarthy
114 S 5th Street
Midlothian, TX 76065

004384 4384 1 AB 0.636 75165 3 7 10755-1-4384
McDonnell Coates, LLP
Attn: Janet Marusak
215 W 2nd St
Waxahachie, TX 75165-2580

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
https://bankruptcynotices.uscourts.gov

004384 65604004388033