# CERTIFICATE OF FORMATION

# OF

# LAZY S ENTERPRISES, LLC

FILED
In the Office of the
Secretary of State of Texas

JAN 24 2017

Corporations Section

The undersigned natural person at least 21 years of age, acting as organizer of a limited liability company under the Texas Business Organizations Code ("BOC"), adopt the following Articles of Organization ("Articles").

## ARTICLE ONE

The name of the Limited Liability Company is **LAZY S ENTERPRISES, LLC** ("Company").

## ARTICLE TWO

The Company's duration is perpetual unless earlier dissolved in accordance with its regulations. The filing date of these Articles with the Secretary of State will be the Company's beginning date.

## ARTICLE THREE

The purpose for which the Company is organized is to conduct any lawful business permitted under the "BOC" in the State of Texas.

## ARTICLE FOUR

The Company has the powers of a corporation under the Texas Business Organization Code and of a limited partnership under the Texas Revised Limited Partnership Act.

## ARTICLE FIVE

The contribution of a member may be in cash, property, services rendered, a promissory note, or other obligation to pay cash or transfer property to the Company. A member will receive one membership unit for each dollar value and a fraction of a membership unit for each fraction of a dollar value contributed by that member.

## ARTICLE SIX

On each matter that a member is entitled to vote, a member will have one vote per membership unit and a fraction of one vote per fraction of membership unit owned by the member.



Exhibit 15

## ARTICLE SEVEN

The street address of the initial registered office of the Company is 442 GREEN ACRES DRIVE-PALMER, TX 75152 and the name of its initial registered agent at that address is JESSICA L. ESTEP.

## ARTICLE EIGHT

The Company will be managed by members. The name and address of the Company's members are follows:

JESSICA L. ESTEP
442 GREEN ACRES DRIVE
PALMER, TX 75152

## ARTICLE NINE

The name of the organizer is **James P. Jenkins of 202 E. Wheatland Rd.-Duncanville, Texas.**

## ARTICLE TEN

The initial regulations will be adopted by the members. The powers to alter, amend, or repeal the regulations or adopt new regulations is vested in the members.

## ARTICLE ELEVEN

As permitted by law, no member of the Company will be liable to the Company or the other members for damages caused by that member's act or omission. This Article does not eliminate or limit the liability of a member for any of the following:

- a breach of the member's duty of loyalty to the Company or its other members;
- an act or omission that breaches the member's duty to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law;

- a transaction from which the member received an improper benefit whether or not the benefit resulted from an action taken within the scope of the member's office; or

- an act or omission for which the liability of a member is expressly provided by an applicable statute.

Any repeal or amendment of this Article by the members will not adversely affect any limitation on a member's liability existing at the time of the repeal or amendment. The member will not be liable to the extent permitted by Texas law limiting the liability of a member or of a director of a corporation. The foregoing elimination of a member's liability to the Company or its other members will not be exclusive. The member will have any other rights or limitations of liability or indemnity to which a member may be entitled under any other provision in the following:

- the Articles;
- the Company's regulations;
- contract or agreement;
- vote of members or disinterested members of the Company; or
- otherwise.

## ARTICLE TWELVE

If proper written consent is given, any action that may be taken at any meeting of members may be taken without a meeting, without prior notice, and without vote. The written consents must set forth the action taken and be signed by holders of membership units having not less that the minimum number of votes necessary to take the action at a meeting at which the holders of all membership units entitled to vote on the action were present and voted. Any written consent must be dated, signed, and delivered in the manner required by the Act as amended and will be effective for the period specified. The taking of any action by written consent will be subject to satisfaction of all applicable requirements of the Act.

Prompt notice of the taking of any action by members without a meeting of less than unanimous written consent will be given to those members who did not consent in writing to the action.

## ARTICLE THIRTEEN

The Company's membership interest will be subject to transfer restrictions set out in the Company's regulations. The regulations will be kept with the Company's records. The Company will provide a copy of the regulations, without charge, to any record holder of a membership unit upon written request addressed to the Company at its principal business office or its registered agent's address.

## ARTICLE FOURTEEN

These Articles may be amended or restated in any manner permitted by applicable law. All amendments and restatements must be approved by the affirmative vote of members owning a majority of the membership units.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of January, 2017.

JAMES P. JENKINS