**Lazy S Enterprises LLC**

We need to finalize our agreement with the repair cost of the truck being repairs if that is going to factor into this deal. Also I am having a document drafted by my new team of attorneys which will be a separation agreement that will need to be reviewed and signed before any funds will be transferred. This document will serve as a finalization of this relationship and ensure nothing further between Lazy S Enterprises LLC & the Ruxtons. Unfortunately as simple as this started it has become something that needs to be documented since there has been so many moving parts and changes. I will not allow Lazy S to be open for any possible litigation or legal action once this is finalized. If this is not satisfactory for you all then I can send my attorneys information and it can go thru them to finalize this.

...

On Mon, Jul 22, 2024 at 3:07 PM Margaret E. Ruxton <[illegible]> wrote:

Hi Josh,

When we met with you on July 5th, you had stated that our money was in a separate account. We are expecting that our money be returned to us by this Friday 7/26/24.

Separately, Bob has been researching getting the green mini-truck repaired and is having a difficult time locating a front bumper. He's still looking.

We look forward to your reply.

Thank you
Peggy & Bob

Repayment

M

REDACTED (FRE 408)

REDACTED (FRE 408)

**Lazy S Enterprises LLC**

I understand you would like these responses and answers immediately but that is not how it works. I have to go thru several channels including attorneys on my behalf to approve or modify these request. If this is not going to satisfy you then I would just suggest having your attorney do whatever needs to be done because I have to do this a certain way seeing the complexity of this situation and how it has progressed and changed so many times on your guys side of things.

lazysllc@gmail.com

Exhibit 16

RUX000106