# Loan Agreement

Garage Candy
Ruxton

$800,000.00
Date: July 01, 2024

For value received, the undersigned Lazy S Enterprises LLC ("Borrower"), at 2406 Ellis Street Suite 2, Venus, Texas 76084, promises to pay to the order of Robert & Margaret Ruxton ("Lender"), at 3631 Hidden Hollow Dr, Midlothian, Texas 76065 (or at such other place as the Lender may designate in writing) the principal amount of $800,000.00 ("Loan Amount") and promises to abide by the terms and conditions provided in this Loan Agreement ("Agreement").

## I. Terms of Repayment

**a. Payments**
The Borrower shall pay the Loan Amount in monthly installments of $20,000.00, beginning on September 01, 2024, and ending January 1, 2028 ("Due Date"), at which time the remaining unpaid balance shall be due in full.

**b. Acceleration of Debt**
If any payment obligation under this Agreement is not paid when due, the remaining unpaid principal balance and any accrued interest shall become due immediately at the option of the Lender.

## II. Prepayment

The Borrower reserves the right to prepay this loan (in whole or in part) prior to the Due Date with no prepayment penalty.

## III. Collection Costs

If any payment obligation under this Agreement is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

## IV. Default

If any of the following events of default occur, this Agreement and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:

(a) The failure of the Borrower to pay the principal and any accrued interest when due;

(b) The liquidation, dissolution, incompetency or death of the Borrower;

(c) The filing of bankruptcy proceedings involving the Borrower as a debtor;

(d) The application for the appointment of a receiver for the Borrower;

(e) The making of a general assignment for the benefit of the Borrower's creditors;

(f) The insolvency of the Borrower;

(g) A misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit; or

(h) The sale of a material portion of the business or assets of the Borrower.

**V. Severability of Provisions**

If any one or more of the provisions of this Agreement are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

**VI. Miscellaneous**

All payments of principal and interest on this loan shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this loan.

No delay in enforcing any right of the Lender under this Agreement, or assignment by the Lender of this Agreement, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of the Lender to thereafter insist upon strict compliance with the terms of this Agreement without notice being given to Borrower. All rights of the Lender under this Agreement are cumulative and may be exercised concurrently or consecutively at the Lender's option.

This Agreement may not be amended without the written approval of the holder.

**VII. Governing Law**

This Loan Agreement shall be construed in accordance with the laws of Texas.

**VIII. Signatories**

This Agreement shall be signed by Joshua Shook, on behalf of Lazy S Enterprises LLC and Robert & Margaret Ruxton.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, this Loan Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this _____ day of _______________, _____, at ____________________________,
__________________________ .

The Borrower:
Lazy S Enterprises LLC

By: ____________________________________ Date: ____________________________________
Joshua Shook

The Lender:

By: ____________________________________ Date: ____________________________________
Robert & Margaret Ruxton

Gmail **Margaret R. <ruxtonme@gmail.com>**

## Joshua Shook sent a “Loan Agreement” for you to sign

1 message

**Joshua Shook via Rocket Lawyer** <team@rocketlawyer.com> Tue, Jun 18, 2024 at 12:55 PM
To: ruxtonme@gmail.com

ROCKETLAWYER®

# **Joshua Shook** sent a **Loan Agreement** for you to sign

here is the loan agreement for the $800k

View & sign
protected document

**Keep this email private**

For the security of your document, please do not share or forward this email.

Download on the App Store

GET IT ON Google Play

**About Rocket Lawyer**

All the legal help you need, anytime, anywhere. Make and RocketSign® legal documents, get attorney advice and more.

**Need assistance?**

RUX000097

For help viewing or signing a document, please call 877-881-0947 or email support@rocketlawyer.com.

As a reminder, this message was sent by Joshua Shook. Please contact them directly if you want to stop receiving these messages.

©2024 Rocket Lawyer Incorporated. All rights reserved.

Terms | Privacy | Contact Us

182 Howard Street #830, San Francisco, CA 94105

Gmail

Margaret R. <ruxtonme@gmail.com>

**RocketSigning was cancelled for: Loan Agreement**
1 message

**Joshua Shook via Rocket Lawyer** <team@rocketlawyer.com> Wed, Jul 3, 2024 at 5:53 PM
To: ruxtonme@gmail.com

ROCKETLAWYER®

# **Joshua Shook** has cancelled the signing

Hi Robert & Margaret Ruxton,

Your signature is no longer needed for: Loan Agreement. Joshua Shook cancelled the signing for the following reason:
**There was an error in the document**

To send Joshua Shook a message, please reply using the button below.

Reply now

**Keep this email private**
For the security of your document, please do not share or forward this email.

Download on the App Store

GET IT ON Google Play

**About Rocket Lawyer**

All the legal help you need, anytime, anywhere. Make and RocketSign® legal documents, get attorney advice and more.

**Need assistance?**

RUX000099

For help viewing or signing a document, please call 877-881-0947 or email support@rocketlawyer.com.

As a reminder, this message was sent by Joshua Shook. Please contact them directly if you want to stop receiving these messages.

©2024 Rocket Lawyer Incorporated. All rights reserved.

Terms | Privacy | Contact Us

182 Howard Street #830, San Francisco, CA 94105