TEXAS REALTORS

# COMMERCIAL LEASE

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2022

CONCERNING THE LEASED PREMISES AT 8400 N Interstate 45, Palmer, TX 75152
between Myti Properties LLC (Landlord)
and Lazy S Enterprises LLC (Tenant).

## Table of Contents


| No. | Paragraph Description | Pg. |
|---|---|---|
| 1. | Parties | 2 |
| 2. | Leased Premises | 2 |
| 3. | Term | 2 |
| 4. | Rent and Expenses | 3 |
| 5. | Security Deposit | 5 |
| 6. | Taxes | 6 |
| 7. | Utilities | 6 |
| 8. | Insurance | 7 |
| 9. | Use and Hours | 7 |
| 10. | Legal Compliance | 7 |
| 11. | Signs | 8 |
| 12. | Access by Landlord | 8 |
| 13. | Move-In Condition | 9 |
| 14. | Move-Out Condition | 9 |
| 15. | Maintenance and Repairs | 9 |
| 16. | Alterations | 11 |
| 17. | Liens | 11 |
| 18. | Liability | 11 |
| 19. | Indemnity | 11 |
| 20. | Default | 11 |
| 21. | Abandonment, Interruption of Utilities, Removal of Property and Lockout | 12 |
| 22. | Holdover | 12 |
| 23. | Landlord's Lien and Security Interest | 12 |
| 24. | Assignment and Subletting | 12 |
| 25. | Relocation | 13 |
| 26. | Subordination | 13 |
| 27. | Estoppel Certificates and Financial Info. | 13 |
| 28. | Casualty Loss | 13 |
| 29. | Condemnation | 14 |
| 30. | Attorney's Fees | 14 |
| 31. | Representations | 14 |
| 32. | Brokers | 14 |
| 33. | Addenda | 15 |
| 34. | Notices | 15 |
| 35. | Special Provisions | 16 |
| 36. | Agreement of Parties | 16 |
| 37. | Effective Date | 16 |
| 38. | License Holder Disclosure | 17 |


**ADDENDA & EXHIBITS** *(check all that apply)*

- ☐ Exhibit ____________
- ☐ Exhibit ____________
- ☐ Exhibit ____________
- ☐ Commercial Property Condition Statement (TXR-1408)
- ☐ Commercial Lease Addendum for Broker's Fee (TXR-2102)
- ☐ Commercial Lease Addendum for Option to Extend Term (TXR-2104)
- ☐ Commercial Lease Addendum for Tenant's Right of First Refusal (TXR-2105)
- ☐ Commercial Lease Addendum for Percentage Rent (TXR-2106)
- ☐ Commercial Lease Addendum for Parking (TXR-2107)
- ☐ Commercial Landlord's Rules and Regulations (TXR-2108)
- ☐ Commercial Lease Guaranty (TXR-2109)
- ☐ Commercial Lease Addendum for Tenant's Option for Additional Space (TXR-2110)
- ☐ Commercial Lease Construction Addendum (TXR-2111) or (TXR-2112)
- ☐ Commercial Lease Addendum for Contingencies (TXR-2119)
- ☒ Information About Brokerage Services (TXR-2501)
- ☐ ____________
- ☐ ____________
- ☐ ____________
- ☐ ____________



SHOOK000001

... zipLogix Forms 825 E Street, Sacramento, CA 95814 | John Dunwoody, CENTURY 21 Judge Fite Co., 111 N. Dallas St., Ennis, TX 75119 <Brokerage Phone Not Available>

TEXAS REALTORS

# COMMERCIAL LEASE

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS® IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2020

1. **PARTIES:** The parties to this lease are:

   Landlord: Myti Properties LLC
   ______________________________; and

   Tenant: Lazy S Enterprises LLC
   2406 Ellis St 1, Venus, TX 76084.

2. **LEASED PREMISES:**

   A. Landlord leases to Tenant the following described real property, known as the "leased premises," along with all its improvements *(Check only one box)*:

   ☐ (1) Multiple-Tenant Property: Suite or Unit Number ________ containing approximately ________ square feet of rentable area ("rsf") in ______________________ *(project name)* at ______________________ *(address)* in ______________ *(city)*, ______________ *(county)*, Texas, which is legally described on attached Exhibit ______________ or as follows: ______________________________.

   ☒ (2) Single-Tenant Property: The real property containing approximately 12,900 square feet of rentable area ("rsf") at: 8400 N Interstate 45, on 45 Acres *(address)* in Palmer *(city)*, Ellis *(county)*, Texas, which is legally described on attached Exhibit ______________ or as follows: 45 acres out of 3 R Pena Q-B ______________________________.

   B. If Paragraph 2A(1) applies:
   (1) "Property" means the building or complex in which the leased premises are located, inclusive of any common areas, drives, parking areas, and walks; and
   (2) the parties agree that the rentable area of the leased premises may not equal the actual or useable area within the leased premises and may include an allocation of common areas in the Property. The rentable area ☐ will ☐ will not be adjusted if re-measured.

3. **TERM:**

   A. Term: The term of this lease is 36 months and ______ days, commencing on:

   June 1, 2024 (Commencement Date) and ending on

   May 31, 2027 (Expiration Date).

   B. Delay of Occupancy: If Tenant is unable to occupy the leased premises on the Commencement Date because of construction on the leased premises to be completed by Landlord that is not substantially complete or a prior tenant's holding over of the leased premises, Landlord will not be liable to Tenant for





Created with SkySlope® Forms 825 K Street, Sacramento, CA 95814 | John Dunwoody CENTURY 21 Judge Fite Co. 117 N. Dallas St. Ennis, TX 75119 <Brokerage Phone Not Available>

such delay and this lease will remain enforceable. In the event of such a delay, the Commencement Date will automatically be extended to the date Tenant is able to occupy the Property and the Expiration Date will also be extended by a like number of days, so that the length of this lease remains unchanged. If Tenant is unable to occupy the leased premises after the N/A day after the Commencement Date because of construction on the leased premises to be completed by Landlord that is not substantially complete or a prior tenant's holding over of the leased premises, Tenant may terminate this lease by giving written notice to Landlord before the leased premises become available to be occupied by Tenant and Landlord will refund to Tenant any amounts paid to Landlord by Tenant. This Paragraph 3B does not apply to any delay in occupancy caused by cleaning or repairs.

C. Certificate of Occupancy: Unless the parties agree otherwise, Tenant is responsible for obtaining a certificate of occupancy for the leased premises if required by a governmental body.

**4. RENT AND EXPENSES:**

A. Base Monthly Rent: On or before the first day of each month during this lease, Tenant will pay Landlord base monthly rent as described on attached Exhibit ________ or as follows:

| Dates | | Rate per rentable square foot *(optional)* | | Base Monthly Rent $ |
|---|---|---|---|---|
| From | To | $ Monthly Rate | $ Annual Rate | |
| | | / rsf / month | / rsf / year | |
| June 1, 2024 | May 31, 2025 | / rsf / month | / rsf / year | $17,000 |
| June 1, 2025 | May 31, 2026 | / rsf / month | / rsf / year | $19,000 |
| June 1, 2026 | May 31, 2027 | / rsf / month | / rsf / year | $21,000 |
| | | / rsf / month | / rsf / year | |
| | | / rsf / month | / rsf / year | |

B. Additional Rent: In addition to the base monthly rent, Tenant will pay Landlord the expense reimbursement detailed in Paragraph 4J (if applicable) and all other amounts, as provided by the attached *(Check all that apply.)*:

- ☐ (1) Commercial Lease Addendum for Percentage Rent (TXR-2106)
- ☐ (2) Commercial Lease Addendum for Parking (TXR-2107)
- ☐ (3) ________________

All amounts payable under the applicable addenda are deemed to be "rent" for the purposes of this lease.

C. First Full Month's Rent: The first full monthly rent is due on or before Upon Execution of this lease ________________.

D. Prorated Rent: If the Commencement Date is on a day other than the first day of a month, Tenant will pay Landlord as prorated rent, an amount equal to the base monthly rent multiplied by the following fraction: the number of days from the Commencement Date to the first day of the following month divided by the number of days in the month in which this lease commences. The prorated rent is due on or before the Commencement Date.

E. Place of Payment: Tenant will remit all amounts due to Landlord under this lease to the following person at the place stated or to such other person or place as Landlord may later designate in writing:

Name: Myti Properties LLC
Address: 197 Ovilla Rd.
Waxahachie, TX 75167



SHOOK000003

[illegible] 835 K Street, Sacramento, CA 95814 | John Dunwoody, CENTURY 21 Judge Fite Co., 117 N. Dallas St., Ennis, TX 75119 <Brokerage Phone Not Available>

Commercial Lease concerning: 8400 N Interstate 45, Palmer, TX 75152

**Brokers are not qualified to render legal advice, property inspections, surveys, engineering studies, environmental assessments, tax advice, or compliance inspections. The parties should seek experts to render such services. READ THIS LEASE CAREFULLY. If you do not understand the effect of this Lease, consult your attorney BEFORE signing.**

**Landlord:** Myti Properties LLC

By:

By (signature): Timothy J Balch

Printed Name: Timothy J Balch

Title: Date:

By:

By (signature):

Printed Name:

Title: Date:

**Tenant:** Lazy S Enterprises LLC

By:

By (signature):

Printed Name: Josh Shook

Title: CEO Date: 5-27-24

By:

By (signature):

Printed Name:

Title: Date:



SHOOK000018

Created with SkySlope® Forms 825 K Street, Sacramento, CA 95814 | John Dunwoody, CENTURY 21 Judge Fite Co., 117 W. Dallas St. Ennis, TX 75119 <Brokerage Phone Not Available>