**CAUSE NO. 116100**

| | | |
|---|---|---|
| ROBERT RUXTON, III, MARGARET RUXTON, AND GARAGE CANDY AUTOS, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>HAMMERTIME ENTERPRISE MOTORSPORTS, LLC, LAZY S ENTERPRISES, LLC, AND JOSHUA SHOOK,<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>40TH JUDICIAL DISTRICT<br><br>ELLIS COUNTY, TEXAS |

**DEFENDANT LAZY S. ENTERPRISES, LLC OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

**TO: Plaintiffs Robert Ruxton, III, Margaret Ruxton, and Garage Candy Autos, LLC, by and through their attorney of record, Janet Marusak of McDonnel Coats, LLP, 215 W. 2nd St., Waxahachie, Texas 75165.**

COMES NOW, Lazy S. Enterprises, LLC ("Defendant") in accordance with the Texas Rules of Civil Procedure and serves its Objections and Responses to Plaintiffs' Robert Ruxton, III, Margaret Ruxton, and Garage Candy Autos, LLC, (collectively, "Plaintiffs") First Request for Admissions (the "Requests").

Respectfully submitted,

**Waddell Serafino Geary Rechner Jenevein, PC**

*/s/ Krystal L. McCool*
KRYSTAL L. MCCOOL
State Bar No. 24082185
kmccool@wslawpc.com
1717 Main Street, 25th Floor
Dallas, Texas 75201
214-979-7400 (phone)
214-979-7402 (fax)
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the electronic filing system on October 27, 2025, in accordance with the Texas Rules of Civil Procedure and applicable local rules.

*/s/ Krystal L. McCool*
Krystal L. McCool

**DEFENDANT'S OBJECTIONS AND RESPONSES TO**
**PLAINTIFFS' REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:** You entered into the Contract with Plaintiffs on May 22, 2024.

**RESPONSE: DENY.**

**REQUEST FOR ADMISSION NO. 2:** As of August 1, 2024, you are registered with the Texas Secretary of State as an active entity having a status of "in existence".

**RESPONSE: DENY.**

**REQUEST FOR ADMISSION NO. 3:** On April 15, 2024, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name of Hammertime Motorsports.

**RESPONSE: ADMIT.**

**REQUEST FOR ADMISSION NO. 4:** In 2017, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name J and J Container Services.

**RESPONSE: ADMIT.**

**REQUEST FOR ADMISSION NO. 5:** In 2019, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name Hammertime Contractors.

**RESPONSE:. ADMIT.**

**REQUEST FOR ADMISSION NO. 6:** In 2020, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name Shook Cattle Company.

**RESPONSE: ADMIT.**

**REQUEST FOR ADMISSION NO. 7:** In 2023, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name Hammertime Storm Shelters.

**RESPONSE:. ADMIT.**

**REQUEST FOR ADMISSION NO. 8:** In 2023, you filed an Assumed Name Certificate with the Texas Secretary of State to conduct business under the assumed name Hammertime Storage Solutions.

**RESPONSE:. ADMIT.**

**REQUEST FOR ADMISSION NO. 9:** On August 19, 2024, you were sued for breach of contract in Cause No. 115017, captioned *ABC Supply Co., Inc. v. Lazy S Enterprises, LLC d/b/a Hammertime Contractors, Hammertime Enterprise Roofing LLC, and Jessica Shook*, in the 40th District Court of Ellis County, Texas.

**RESPONSE: ADMIT.**