**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>JOSHUA LEE SHOOK and<br>JESSICA LYNN SHOOK,<br>Debtors. | Case No. 26-32515-swe7<br>Chapter 7 |
| ROBERT T. RUXTON III,<br>MARGARET E. RUXTON, and<br>GARAGE CANDY AUTOS, LLC,<br>Plaintiffs,<br>v.<br>JOSHUA LEE SHOOK and<br>JESSICA LYNN SHOOK,<br>Defendants. | Adversary No. 26-03089-swe |

# ORDER ON DEFENDANTS' PARTIAL MOTION TO DISMISS, ALTERNATIVE REQUEST FOR MORE DEFINITE STATEMENT, AND UNOPPOSED MOTION TO QUASH SERVICE

The Court has considered Defendants' Partial Motion to Dismiss, Alternative Request for More Definite Statement, and Unopposed Motion to Quash Service (Doc. 9), Plaintiffs' Limited Response (Doc. 18), and the First Amended Complaint (Doc. 16) that Plaintiffs filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), made applicable by Federal Rule of Bankruptcy Procedure 7015. It is therefore

**ORDERED** that the motion to quash the original service is GRANTED as unopposed; it is further

**ORDERED** that the partial motion to dismiss and the alternative request for a more definite statement are DENIED AS MOOT, without prejudice to Defendants' right to respond to the First Amended Complaint as permitted by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure; it is further

**ORDERED** that the hearing on the motion set for December 3, 2026 at 1:30 p.m. (Doc. 15) is CANCELLED.

# # # END OF ORDER # # #

Order submitted by:
MCDONNELL COATES, LLP
Kevin McDonnell
Texas Bar No: 24030762
215 W. 2nd St.
Waxahachie, TX 75165
Tel: 972.923.2881
Fax: 972.937.3415
Email: kmcdonnell@simplified.services
ATTORNEY FOR PLAINTIFFS/CREDITORS