Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

# United States Bankruptcy Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| In re:<br>Joshua Lee Shook and Jessica Lynn Shook,<br>Debtors, | Case No. 26-32515-swe7<br><br>Chapter 7 |
| Robert Ruxton III, Margaret Ruxton, and<br>Garage Candy Autos, LLC,<br>Plaintiffs,<br>vs. | Adversary No. 26-03089-swe |
| Joshua Lee Shook and Jessica Lynn Shook,<br>Defendants. | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF BRIEF AND PARTIAL MOTION TO DISMISS UNDER RULE 12(B)(6), ALTERNATIVE REQUEST FOR MORE DEFINITE STATEMENT UNDER RULE 12(E), AND UNOPPOSED MOTION TO QUASH SERVICE UNDER RULE 12(B)(5)

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

Defendants Joshua Lee Shook and Jessica Lynn Shook ("Defendants"), by and through their undersigned counsel, hereby file this Notice of Withdrawal of their *Brief and Partial Motion to Dismiss Under Rule 12(b)(6), Alternative Request for More Definite Statement Under Rule 12(e), and Unopposed Motion to Quash Service Under Rule 12(b)(5)* [ECF No. 9], and respectfully state as follows:

1. On October 9, 2026, Defendants filed their Motion to Dismiss directed to Plaintiffs' original Complaint [ECF No. 9].

2. On October 23, 2026, Plaintiffs filed their First Amended Complaint [ECF No. 16] under Rule 15(a)(1)(B) and a Limited Response [ECF No. 18] asserting that the amended pleading rendered Defendants' Motion to Dismiss moot.

3. Plaintiffs' First Amended Complaint [ECF No. 16] is now the operative pleading. Accordingly, Defendants hereby give notice of the withdrawal of their Motion to Dismiss [ECF No. 9], without prejudice to Defendants' right to answer, move to dismiss, or otherwise respond to the First Amended Complaint within the time permitted by the Federal Rules of Bankruptcy Procedure, and without waiver of any defenses under Federal Rules of Civil Procedure 12(b) and 12(e).

4. Defendants further request that the hearing on the Motion to Dismiss currently set for **December 3, 2026, at 1:30 p.m.** [ECF No. 15] be cancelled, and that the Court grant such other and further relief as is just and proper.

DATE: November 10, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was served upon all parties entitled to notice through the ECF system.

*Via CM/ECF to Counsel for Plaintiffs:*
Kevin J. McDonnell
McDonnell Coates, LLP
215 W. 2nd St.
Waxahachie, TX 75165
And via email: kmcdonnell@simplified.services

/s/ Clayton L. Everett
Clayton L. Everett